# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

FILED _____ LODGED _____ RECEIVED

SEP 2 7 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Asus
One (1) ~~AUSA~~ LAPTOP COMPUTER Serial #ABN0AS656926499

## SEARCH WARRANT

CASE NUMBER:
12 3956 PWG

I, Brian Stine, being duly sworn depose and say: I'm <u>a Special Agent assigned to the Drug Enforcement Administration,</u> respectively and have reason to believe that on the person of or on the property or premises known as (name, description and/or location)

Asus
One (1) ~~AUSA~~ LAPTOP COMPUTER Serial #ABN0AS656926499, seized from the office of Michael REZNIKOV at the Healthy Life Medical Group Clinic, located at 1134 York Road, Lutherville, Maryland, on May 15, 2012.

in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property to be seized)

See Attachments A, B1, C, and D to the attached and incorporated affidavit of SA Brian Stine dated July   , 2012.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

See the attached affidavit of SA Brian Stine, dated July   , 2012

in violation of Title <u>21</u> United States Code, Section <u>846.</u> The facts to support a finding of Probable Cause are as follows:

SEE AFFIDAVIT

_____
Brian M. Stine, DEA Special Agent

Sworn to before me, and subscribed in my presence

8/16/12
Date

at    Baltimore, Maryland

Honorable Paul W. Grimm
United States Magistrate Judge